# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BETH ANN BRETTER, et al.,** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 22-2509** |
| | **:** | |
| **KAREN F. PEYTON** | **:** | |

## ORDER

This 23rd day of September, 2022, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint, ECF 5, is **GRANTED in part and DENIED in part,** as follows:

- Defendant's motion to dismiss Count I is **GRANTED**, but without prejudice to Plaintiffs to the extent that they seek transfer to state court pursuant to 42 Pa. Cons. Stat. § 5103(b).

- Defendant's motion to dismiss Counts II, III, IV, and V is **DENIED**.

      /s/ Gerald Austin McHugh
      United States District Judge