**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BETH ANN BRETTER and** | : | |
| **JAMES R. PEYTON, JR.,** | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 22-2509** |
| | : | |
| **KAREN F. PEYTON,** | : | |
| **Defendant.** | : | |

## ORDER

This 17th day of April, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Quash or Modify Subpoena, ECF 18, is **DENIED**.

  /s/ Gerald Austin McHugh
United States District Judge