IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETH ANN BRETTER and <br> JAMES R. PEYTON, JR., <br>     Plaintiffs, <br><br> v. <br><br> KAREN F. PEYTON, <br>     Defendant. | : <br> : <br> : <br> :    **CIVIL ACTION** <br> :    No. 22-2509 <br> : <br> : <br> : |

## ORDER

This 6th day of June, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion to Compel Discovery, ECF 22, is **DENIED**.

                                                /s/ Gerald Austin McHugh
                                                United States District Judge