# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BETH ANN BRETTER and** | : | |
| **JAMES R. PEYTON, JR.** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 22-2509 |
| | : | |
| **KAREN F. PEYTON** | : | |

## ORDER

This 12th day of August, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 33) is **GRANTED** and this case is **DISMISSED**.  The Clerk of Court is requested to mark this case **CLOSED**.

    /s/ Gerald Austin McHugh
United States District Judge